IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00801-WYD-CBS

LOUIS NEWTON, II,

    Plaintiff,

v.

GRANT M. HALEY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that the Joint Motion to Vacate Settlement Conference (filed February 14, 2006; *doc. no. 21*) is **GRANTED**. The settlement conference set for February 22, 2006, is **VACATED**. Parties are directed to contact Chambers at **303.844.2117** if they feel the Court can be of assistance in setting further settlement proceedings.

    *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**     February 16, 2006