IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00801-WYD-CBS

LOUIS NEWTON, II,

    Plaintiff,

v.

GRANT M. HALEY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice.  Having reviewed the Stipulation and being fully advised in the premises, it is

ORDERED that the Stipulation for Dismissal With Prejudice is **APPROVED**.  In accordance therewith, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.  It is

FURTHER ORDERED that the five-day jury trial set to commence Monday, November 13, 2006, and the final trial preparation conference set Friday, November 3, 2006, are **VACATED**.

    Dated:  June 26, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge